UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21508-CIV-JORDAN/O'SULLIVAN

PRAMS WATER SHIPPING
COMPANY, INC.,
        Plaintiff,

v.

SALCO SHIPPING CORP. a/k/a
SALCO SHIPPING CO. a/k/a
SALCO SHIPPING INC., et al,

        Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Reopen Case and Petition to Confirm Arbitration Award (DE# 19, 3/4/11), the Motion to Vacate or Modify the Award and Incorporated Memorandum of Law (DE# 22, 4/25/11) and the Plaintiff's Motion for Sanctions (DE# 31, 5/23/11). Having reviewed the applicable filings and the law and having held a hearing on June 7, 2011, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Reopen Case and Petition to Confirm Arbitration Award (DE# 19, 3/4/11) is **STRICKEN without prejudice to renew** for failure to include a memorandum of law as required by S.D. Fla. L.R. 7.1(a). It is further

ORDERED AND ADJUDGED the Motion to Vacate or Modify the Award and Incorporated Memorandum of Law (DE# 22, 4/25/11) and the Plaintiff's Motion for Sanctions (DE# 31, 5/23/11) are **DENIED as moot**. It is further

ORDERED AND ADJUDGED that the parties shall participate in mediation no later than **Friday, July 15, 2011**. The parties are permitted to renew their motions

supported by case law no later than **Friday, July 29, 2011**.

DONE AND ORDERED in Chambers at Miami, Florida this **7th** day of June, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Jordan
All counsel of record